UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MUTUAL SERVICE CASUALTY INS. CO., WAUSAU BUSINESS INSURANCE COMPANY, a foreign corporation; HARTFORD STEAM BOILER INSPECTION & INSURANCE COMPANY, a foreign company,<br><br>    Defendants. | NO. CV-04-313-RHW<br><br>**ORDERING GRANTING THE PARTIES' STIPULATION OF DISMISSAL** |

Before the Court is the parties' Stipulation of Dismissal (Ct. Rec. 49). The parties have reached a settlement regarding the above-captioned case and ask the Court to dismiss the case with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal (Ct. Rec. 49) is **GRANTED**.
2. The above-captioned case is **DISMISSED** with prejudice.

///
///
///
///

**ORDERING GRANTING THE PARTIES' STIPULATION OF DISMISSAL** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order, forward copies to counsel, and close the file.
3  **DATED** this 28th day of December, 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2004\U.S. BANK\stip.dismiss.wpd

**ORDERING GRANTING THE PARTIES' STIPULATION OF DISMISSAL** ~ 2